**Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-12-01014-CV

———

**ROSALIE BRANDY HART, Appellant**

**V.**

**PAUL  ROBERT HART, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30834**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 20, 2012.  The clerk's record was filed January 25, 2013.  The reporter's record was filed December 14, 2012.  No brief was filed.

On March 21, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before April 22, 2013, the court would dismiss the appeal for want of

prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.